UNITED STATES, Appellee

v

KENNETH M. JACOBS, Private, U. S. Marine Corps, Appellant

18 USCMA 369, 40 CMR 81

No. 21,913

May 23, 1969

*Captain Frank A. Nelson*, JAGC, USN, and *Lieutenant Commander E. M. Fulton, Jr.*, JAGC, USN, were on the pleadings for Appellant, Accused.

*Captain Charles E. Patterson*, USMCR, was on the pleadings for Appellee, United States.

Opinion of the Court

DARDEN, Judge:

For the reasons set forth in United States v Wright, 18 USCMA 348, 40 CMR 60, we here find no fault in

the president's instructions on sentencing as to matters that "logically" lend themselves to either the adjudging of a more severe sentence or a more lenient one.

We affirm the decision of the board of review.

Chief Judge QUINN concurs.

FERGUSON, Judge (dissenting):

I dissent.

I dissent for the reasons set forth in my dissenting opinion in United States v Wright, 18 USCMA 348, 40 CMR 60.